**10th CIR. FORM 4. DISCLOSURE STATEMENT**

**UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT**

**Fed. R. Civ. P. 26.1 and Tenth Circuit Rule 26.1 Disclosure Statement**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **Case No. 26-8020** |
| **GREGORY MCKNIGHT** | |

Pursuant to Federal Rule of Appellate Procedure 26.1(a), (b), and/or (c), the undersigned, on behalf of _____ the United States of America _____
[Party Name(s)]

certifies[1] as follows:

_____ The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

___✓___ There is no information to disclose pursuant to Fed. R. App. P. 26.1.

May 12, 2026
Date

*/s/ Christyne M. Martens*
Signature

---

[1] Pursuant to Federal Rule of Appellate Procedure 26.1(d)(3), this disclosure statement must be promptly updated whenever any of the information required under Fed. R. App. P. 26.1 changes.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that:

    <u>    </u>    All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

   <u> X </u>  On May 12, 2026, I sent a copy of this Disclosure Statement to

Gregory McKnight

405 Harshman Street

Rawlins, WY 82301

the last known address/email address, by United States Postal Service.


<u>May 12, 2026       </u>
Date

<u>*/s/ Christyne M. Martens*    </u>
Signature

2