UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

May 20, 2026

Gregory McKnight
405 Harshman Street
Rawlins, WY 82301

RE:    **26-8020, United States v. McKnight**
Dist/Ag docket: 1:25-CR-00071-SWS-1

Dear Appellant:

Please note the following requirements for prosecuting this matter.

In our previous correspondence, you were given a deadline in which to file an entry of appearance form with the court. To date, we have not received that form. You must submit an entry of appearance form within 40 days of the date of this letter. An additional form will be provided to you.

The record on appeal in this case will consist of copies of all relevant documents filed in the district court except those excluded by 10th Cir. R. 10.4(E). As such, you do not need to submit any record materials to the court.

You must file an opening brief within 40 days from the date of this letter. You may use the Pro Se Brief form (which will be provided to you) or you may file a separate brief. If you do not use the form, your brief must comply with the Federal Rules of Appellate Procedure and Tenth Circuit Rules with respect to briefs. Failure to file a brief could result in dismissal of this appeal without further notice. *See* 10th Cir. R. 42.1. Copies of the brief must be served on all opposing counsel and all unrepresented parties. The clerk may refuse to file any brief which does not comply with the rules and the court's instructions. Motions for extensions of time are not favored and, absent extraordinary circumstances, will not be granted.

The appellee may file an answer brief within 30 days after filing and service of your opening brief. Copies of the brief must be served on all opposing counsel and all unrepresented parties.

If the appellee files an answer brief, you may file a reply brief. Your reply brief must be filed within 21 days after filing and service of appellee's answer brief. If your appeal has more than one appellee, they may each file a separate answer brief. **Regardless of how**

**many answer briefs are filed, you may only file one reply brief**. Copies of your reply brief must be served on all opposing counsel and all unrepresented parties.

After briefing has been completed, your appeal will be randomly assigned to a panel of three judges for review. You will be notified when a decision is issued so it is very important that you inform the court in writing of any changes to your contact information. Please note that it may be several months before a decision is issued regarding your appeal.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:      Christyne Marie Martens
         C. Levi Martin

CMW/jm