FILED
**United States Court of Appeals**
**Tenth Circuit**

**May 20, 2026**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

GREGORY MCKNIGHT,

    Defendant - Appellant.

No. 26-8020
(D.C. No. 1:25-CR-00071-SWS-1)
(D. Wyo.)

_____

**ORDER**

_____

This matter is before the court on receipt of Appellant's Opening Brief, which the court received before sending Appellant instructions for prosecuting this appeal. Appellant may file a new opening brief on the pro se form provided, or he may inform the court that he wishes to stand on the brief he has already submitted. **Within fourteen days** of the date of this order, Appellant shall notify the court if he intends to file a new opening brief or if he intends to use the brief already submitted.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk