**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**May 26, 2026**

_____

**Christopher M. Wolpert**
**Clerk of Court**

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

GREGORY MCKNIGHT,

    Defendant - Appellant.

No. 26-8020
(D.C. No. 1:25-CR-00071-SWS-1)
(D. Wyo.)

_____

**ORDER**

_____

On May 11, 2026, this court received an opening brief from defendant-appellant Gregory McKnight. [CTA10 Dkt. No. 5]. On May 20, 2026, this court entered an order [CTA10 Dkt. No. 8], advising Mr. McKnight that he could either file a new opening brief or inform the court that he wished to stand on the brief he previously submitted. [CTA10 Dkt. No. 8]. On May 22, 2026, the court received a second opening brief from Mr. McKnight.

Upon consideration, the court:

A.    Construes receipt of the second opening brief as a motion from Mr. McKnight to file a replacement opening brief;

B.    Grants the motion as construed;

C.      Directs its Clerk to accept Mr. McKnight's second opening brief as filed and to remove from the court's docket the opening brief Mr. McKnight previously filed; and

D.      Directs the government—on or before June 24, 2026—to file its answer brief.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk